WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Donald S. Fischer, Jr.,<br><br>        Defendant. | CR-07-00692-001-PHX-SRB<br><br>**<u>ORDER</u>** |

    A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on March 5, 2008.

    **THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

    **THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release.

    **THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by any conditions or combination of conditions of release if he were to be released.

| | |
|---|---|
| 1 | **IT IS ORDERED** that the Defendant shall remain detained pending further order of |
| 2 | the court. |
| 3 | |
| 4 | DATED this 6th day of March, 2008. |

*(signature)*

Lawrence O. Anderson
United States Magistrate Judge